UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CYNTHIA DIANNE TATUM,            )
                                 )
            Plaintiff,           )
                                 )         **JUDGMENT IN A CIVIL CASE**
      v.                         )
                                 )         **CASE NO. 7:16-CV-388-D**
NANCY A. BERRYHILL, Acting Commissioner )
of Social Security,              )
            Defendant.           )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 22]. Plaintiff's motion for judgment on the pleadings [D.E. 15] is GRANTED, defendant's motion for judgment on the pleadings [D.E. 19] is DENIED, and the action is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g).

**This Judgment Filed and Entered on January 31, 2018, and Copies To:**
H. Clifton Hester                          (via CM/ECF electronic notification)
Leo R. Montenegro                          (via CM/ECF electronic notification)

DATE:                                      PETER A. MOORE, JR., CLERK
January 31, 2018                           (By) /s/ Nicole Briggeman
                                           Deputy Clerk