IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:16-CV-00388-D

| | |
|---|---|
| CYNTHIA DIANE TATUM,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Deputy Commissioner for Operations,<br>performing the duties and functions not<br>reserved to the Commissioner of<br>Social Security,<br><br>Defendant. | ORDER FOR PAYMENT OF ATTORNEY<br>FEES UNDER THE<br>EQUAL ACCESS TO JUSTICE ACT<br>TO JUSTICE ACT |

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $2,750.72 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, h. Clifton Hester, and mailed to his office at P.O. Box 130, Elizabethtown, North Carolina 28337, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED. This __19__ day of April 2018

JAMES C. DEVER III
Chief United States District Judge